UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SOTELO,<br><br>        Plaintiff,<br><br>    v.<br><br>REO CAPITAL INVESTMENT AND ASSET MANAGEMENT, INC.,<br><br>        Defendant. | Case No. 12-cv-04604 NC<br><br>**ORDER TO SHOW CAUSE WHY CASES SHOULD NOT BE CONSOLIDATED**<br><br>Re: 12-cv-04604 NC, Dkt. No. 1 and 12-cv-04665 NC, Dkt. No. 1 |

     Federal Rule of Civil Procedure 42 allows a court to consolidate actions before it that involve a common question of law or fact. This action, *Sotelo v. REO Capital Investment and Asset Management, Inc.*, 12-cv-04604 NC, was filed on August 31, 2012. A second action, *REO Capital Investment and Asset Management, Inc. v. Sotelo*, 12-cv-04665 NC, was removed to this Court from state court on September 6, 2012. On September 7, 2012, this Court ordered Julia Mary Sotelo, plaintiff in case number 12-cv-04604 NC, to show cause by October 5, 2012 why case number 12-cv-04604 NC should not be dismissed for improper venue. 12-cv-04604 NC, Dkt. No. 4. On September 12, 2012, REO, plaintiff in case number 12-cv-04665 NC, moved to remand case number 12-cv-04665 NC to state court. 12-cv-04665 NC, Dkt. No. 4.

Both of these cases are assigned to me. Both cases arise from the sale of real property in Tracy, California and involve the adequacy of the notice to quit given to the occupants of the property and the legality of the occupants' continued possession. These actions involve a common question of law or fact. Furthermore, both cases present jurisdictional issues, which are causing duplicative motions and orders. Accordingly, the parties must show cause by October 5, 2012 why these two cases, 12-cv-04604 NC and 12-cv-04665 NC, should not be consolidated.

In addition, this Court may not conduct proceedings or enter judgment in a case without consent of the parties. 28 U.S.C. 636(c). Local Rule 73-1(a)(2) requires parties to consent or decline within seven days after filing a motion. Therefore, the parties must either file written consent to the jurisdiction of a magistrate judge or request reassignment to a district judge.

IT IS SO ORDERED.

Date: September 19, 2012

_____
Nathanael M. Cousins
United States Magistrate Judge